

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY -5  P 4: 04

LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

Magistrate Judge Division 1                          May 5, 2000

You are hereby notified that the following numbered and entitled case will be called on **Wednesday, May 24, 2000 at 9:00 a.m.** by Magistrate Judge Sally Shushan, 501 Magazine Street, Room B-309, New Orleans, Louisiana, and failure of plaintiff to report the status thereof or in the absence of good cause shown why case should remain on the docket, IT WILL BE RECOMMENDED THAT THE CASE BE DISMISSED.

<u>CIVIL ACTION</u>

Civil Action No. 00-0408-"G"(1)    Oscar Dantzler v. City of Hammond, Et Al.

Complaint filed on February 9, 2000. No evidence of service filed into the record.

DATE OF ENTRY
MAY 8 - 2000

