FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY 25  A 10: 38

LORETTA G. WHYTE

MINUTE ENTRY
SHUSHAN, M.J.
MAY 24, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OSCAR DANTZLER | CIVIL ACTION |
| VERSUS | NO: 00-0408 |
| CITY OF HAMMOND, ET AL. | SECTION: "G" (1) |

    Prior order of the court required that plaintiff report the status of his case on Wednesday, May 24, 2000 at 9:00 a.m. Nelson Taylor, for the plaintiff, advised by telephone that he is in the process of effecting service. Federal Rule of Civil Procedure 4(m) requires that plaintiff serve each defendant within 120 days of filing of the complaint. Failure to effect service will result in a recommendation that the case be dismissed.

DATE OF ENTRY
MAY 2 5 2000



Accordingly, the rule to show cause is rescheduled for Wednesday, June 7, 2000 at 9:00 a.m. in Room B-345, 501 Magazine Street, New Orleans, Louisiana. Should proof of service be filed in the record prior to that time, plaintiff may provide such proof to the undersigned Magistrate Judge and request that the rule be canceled.

SALLY SHUSHAN
United States Magistrate Judge