

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2000 JUN 23 A 9: 09
LORETTA G. WHYTE

MINUTE ENTRY
SHUSHAN, M.J.
JUNE 22, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OSCAR DANTZLER | CIVIL ACTION |
| VERSUS | NO: 00-0408 |
| CITY OF HAMMOND, ET AL | SECTION: "G"(1) |

You are hereby notified that the above entitled and numbered case will be called on Wednesday, July 12, 2000, by the undersigned at 501 Magazine Street, Room B-309, New Orleans, Louisiana, and failure of plaintiff to report the status thereof or in the absence of good cause shown why the case should remain on the docket, IT WILL BE RECOMMENDED THAT THE CASE BE DISMISSED.

The case was scheduled for Wednesday, May 24, 2000. In response Nelson Taylor filed a status report in the record (Rec. doc. 2), stating that the complaint and summons had been delivered to a process server. It was anticipated that the return would be filed in the record shortly. The case was rescheduled for Wednesday, June 7, 2000, but the return has not been filed in the record.



DATE OF ENTRY
JUN 2 6 2000

On June 5, 2000, it came to the court's attention that there is an identically entitled case [CA 00-0446 "F"(2)] pending on the docket of this Court. This information was reported to Mr. Taylor, who said that he would contact counsel for the plaintiff in that matter. On June 6, 2000, Mr. Taylor reported to the undersigned's office that the Oscar Dantzler in the above entitled matter and in CA 00-0446 "F"(2) were one and the same person and that the basis of both complaints was the same. Mr. Taylor further reported that he was trying to communicate with counsel for plaintiff in CA 00-0446 "F"(2), Clarence Roby, but he was out of town.

On June 13, 2000, Mr. Taylor reported that Mr. Roby remained out of town, but he, Mr. Taylor, would contact the court by June 21, 2000. A message was left for Mr. Taylor on June 21, 2000 on his answer machine, but he has not returned the call.

The clerk is requested to send a copy of this order to Clarence Roby, counsel for Oscar Dantzler, at the address shown for Mr. Roby in CA-00-0446"F"(2).

SALLY SHUSHAN
United States Magistrate Judge