```
          FILED
     U.S. DISTRICT COURT
   EASTERN DISTRICT OF LA

     2000 AUG 15  AM 11: 51

       LORETTA G. WHYTE
            CLERK
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OSCAR DANTZLER | CIVIL ACTION |
| versus | NO: 00-0408 |
| CITY OF HAMMOND | SECTION: "G" (1) |

## ORDER

The Court, after considering the complaint, the record, the law applicable to the case, and the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. Accordingly,

IT IS ORDERED that plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 11th day of August, 2000.

UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
AUG 1 5 2000