FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG 15 PM 3:49

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

OSCAR DANTZLER                                CIVIL ACTION

VERSUS                                        NO. 00-408

CITY OF HAMMOND                               SECTION "G"

J U D G M E N T

Considering the written Order of the Court;

IT IS ORDERED, ADJUDGED, AND DECREED, that there be judgment in favor of defendants City of Hammond, Hammond City Police Department, and Roddy Devall, Chief of Police for the City of Hammond and against plaintiff Oscar Dantzler, dismissing plaintiff's claims without prejudice.

New Orleans, Louisiana, this 15th day of August, 2000.

_____
LORETTA G. WHYTE, CLERK

APPROVED AS TO FORM:

_____
MOREY L. SEAR
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
AUG 16 2000